**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

**3968 MLK LLC**
    **Debtor(s).**

Case No. 24-00186-ELG

Chapter 11

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a status hearing will be held:

on 7/10/2024 at 10:00 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

        For the Court:
        Angela D. Caesar
        BY: AM
        Dated: 6/5/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.