Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com

<div style="text-align:center">IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA</div>

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| 1416 EASTERN AVE NE LLC | ) | Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) | Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) | Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) | Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) | Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) | Case No. 24-185-ELG |
| 3968 MLK LLC | ) | Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) | Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) | Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) | Case No. 24-189-ELG |
| | ) | |
| Debtors. | ) | (Chapter 11) |
| | ) | (*Not* Jointly Administered) |

**NOTICE OF DEADLINE TO FILE AND SERVE
OBJECTIONS TO MOTION TO WITHDRAW AS COUNSEL**

NOTICE IS HEREBY GIVEN that Maurice B. VerStandig and The VerStandig Law Firm, LLC d/b/a The Belmont Firm (collectively, "Counsel") have filed a motion to withdraw as counsel to 1416 Eastern Ave NE LLC; 945 Longfellow St NW LLC; 2501 Naylor Rd SE LLC; 4303-4313 Wheeler Rd SE LLC; 4263 6th St SE Apartments, LLC; 4935 NHB Ave NE, LLC; 3968 MLK LLC; 4010 9th Street SE LLC; 2440 S St SE, LLC; and 4400 Hunt Pl NE, LLC (collectively, the "Debtors," and each a "Debtor").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE JUNE 18, 2024, you must file and serve a written objection to the Application. The objection must be

<div style="text-align:center">1</div>

filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for June 20, 2024 at 10:00 AM, via hybrid means, via Zoom video conferencing and in the above-referenced courtroom. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: June 11, 2024        By:    /s/ Maurice B. VerStandig
                                   Maurice B. VerStandig, Esq.
                                   Bar No. MD18071
                                   The VerStandig Law Firm, LLC
                                   9812 Falls Road, #114-160
                                   Potomac, Maryland 20854
                                   Phone: (301) 444-4600
                                   mac@mbvesq.com

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of June, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee and, further, sent via e-mail to Ali Razjooyan, the designee of all ten Debtors, at sam.razjooyan@gmail.com, and, further, sent via US Mail, postage prepaid, to:

<div style="columns:2">

1416 EASTERN AVE NE LLC
700 51st Street NE
#102B
Washington, DC 20019

945 LONGFELLOW ST NW LLC
945 Longfellow Street NW #103
Washington, DC 20011

2501 NAYLOR RD SE LLC
2501 Naylor Road, SE
#103
Washington, DC 20020

4303-13 WHEELER RD SE LLC
4313 Wheeler Road SE #103
Washington, DC 20032

4263 6TH ST SE APARTMENTS LLC
4263 6th St SE
#103
Washington, DC 20032

4935 NHB AVE NE LLC
4935 Nannie Helen Burroughs Ave, NE
#103
Washington, DC 20019

3968 MLK LLC
1613 17th PL SE
#103
Washington, DC 20020

4010 9TH ST SE LLC
4010 9th St SE #B3
Washington, DC 20032

2440 S ST SE LLC
2440 S Street SE #B1
Washington, DC 20020

4400 HUNT PL NE LLC
4400 Hunt PL NE #B1
Washington, DC 20019

</div>

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3