## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re:

**1416 EASTERN AVE NE LLC**
**945 LONGFELLOW ST NW LLC**
**2501 NAYLOR RD SE LLC**
**4303-13 WHEELER RD SE LLC**
**4263 6TH ST SE APARTMENTS LLC**
**4935 NHB AVE NE LLC**
**3968 MLK LLC**
**4010 9TH ST SE LLC**
**2440 S ST SE LLC**
**4400 HUNT PL NE LLC**

                        **Debtor.**

**Case No. 24-180-ELG**
**Case No. 24-181-ELG**
**Case No. 24-182-ELG**
**Case No. 24-183-ELG**
**Case No. 24-184-ELG**
**Case No. 24-185-ELG**
**Case No. 24-186-ELG**
**Case No. 24-187-ELG**
**Case No. 24-188-ELG**
**Case No. 24-189-ELG**

**Chapter 11**

**(NOT JOINTLY ADMINISTERED)**

### NOTICE OF MOTION TO DIRECT THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a) OR, IN THE ALTERNATIVE, TO CONVERT CHAPTER 11 CASES AND HEARING AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to direct the appointment of a chapter 11 trustee under 11 U.S.C. § 1104(a) or, alternatively, to convert the above-captioned cases to chapter 7.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **July 10, 2024**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned.  The objection must contain a complete specification of the factual and legal grounds upon which it is based.  You may append affidavits and documents in support of your objection.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

1

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **July 17, 2024 at 10:00 a.m.**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

June 20, 2024

GERARD R. VETTER
ACTING U.S. TRUSTEE, REGION 4


By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov