| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00180-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:55:33 EDT 2024 | 1416 EASTERN AVE NE LLC<br>700 51st Street NE#102B<br>Washington, DC 20019-5549 | (p)CHILD SUPPORT SERVICES DIVISION<br>ATTN LEGAL SERVICES SECTION<br>400 SIXTH ST NW<br>SUITE 8300<br>WASHINGTON DC 20001-0189 |
| TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Donnell Ray<br>1416 Eastern Avenue, NE Unit 102<br>Washington, DC 20019-8136 | Fontavia Griffin<br>1416 Eastern Avenue, NE Unit B2<br>Washington, DC 20019-8136 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Lena Carter<br>1416 Eastern Ave., NE Unit B1<br>Washington, DC 20019-8136 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Michelle Christian<br>1416 Eastern Avenue, NE Unit 201<br>Washington, DC 20019-8136 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tyesha Goode<br>1416 Eastern Avenue, NE Unit 101<br>Washington, DC 20019-8136 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Office of the Attorney General for the Distr
400 6th Street, N.W.
Washington, DC 20001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

```
Label Matrix for local noticing          945 LONGFELLOW ST NW LLC               TD Bank, N.A.
0090-1                                   945 LONGFELLOW ST NW #103              c/o Michael D. Nord
Case 24-00181-ELG                        Washington, DC 20011-8218              Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                   One South Street
Washington, D.C.                                                                Suite 2200
Sun Jun 23 20:56:07 EDT 2024                                                    Baltimore, MD 21202-3343

Washington, D.C.                         Anthon Thomas                          Ayesha Upshur
E. Barrett Prettyman U. S. Courthouse    945 Longfellow St., NW Unit 10         945 Longfellow St., NW
333 Constitution Ave, NW #1225           Washington, DC 20011-8240              Washington, DC 20011-8218
Washington, DC 20001-2802


Brenda Thompson                          DC GOV'T OFFICE OF TAX AND REVENUE     DC GOV'T OFFICE OF TAX AND REVENUE
945 Longfellow St., NW Unit 12           PO BOX 37559                           PO BOX 75520
Washington, DC 20011-8240                WASHINGTON DC 20013-7559               WASHINGTON DC 20013-0520


DC Office of Tax and Revenue             Department of Buildings                Ericka Williams
1101 4th St., SW #270                    1100 4th Street, SW                    945 Longfellow St., NW Unit 11
Washington, DC 20024-4457                Washington, DC 20024-4451              Washington, DC 20011-8240


Fatima Glasco                            Internal Revenue Service               Kalkidan Kumilachew
945 Longfellow St., NW Unit 6            PO Box 7346                            945 Longfellow St., NW Unit 4
Washington, DC 20011-8240                Philadelphia, PA 19101-7346            Washington, DC 20011-8240


Kevin Gilchrist                          MARINA QUINTANILLA-DOE                 Maria Hernandez
945 Longfellow St., NW Unit 13           945 Longfellow St., NW Unit 5          945 Longfellow St., NW Unit 9
Washington, DC 20011-8240                Washington, DC 20011-8240              Washington, DC 20011-8240


Markita Jordan                           Michael D. Nord, Esq.                  Shantel Bolks
945 Longfellow St., NW Unit 7            Gebhardt & Smith LLP                   945 Longfellow St., NW Unit 1
Washington, DC 20011-8240                One South Street Suite 2200            Washington, DC 20011-8239
                                         Baltimore, MD 21202-3343


TD Bank, N.A.                            U. S. Trustee for Region Four          US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                 2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                       Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company         District of Columbia Office of Att General
1000 Maine Ave SW 7th Floor              400 6th Street, N.W.
Washington, DC 20024-3496                Washington, DC 20001-0189
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00182-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:20 EDT 2024 | 2501 NAYLOR RD SE ;LLC<br>2501 Naylor Road, SE#103<br>Washington, DC 20020-4026 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON DC 20013-7559 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | Diamond Stewart<br>2501 Naylor Road, SE Unit 3<br>Washington, DC 20020-4026 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Dominique Jones<br>2501 Naylor Road, SE Unit 5<br>Washington, DC 20020-4026 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Phillips<br>2501 Naylor Road, SE Unit B1<br>Washington, DC 20020-4026 |
| Layetta Howard<br>2501 Naylor Road, SE Unit B2<br>Washington, DC 20020-4026 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 |
| Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tiffany Epps<br>2501 Naylor Road, SE Unit 2<br>Washington, DC 20020-4026 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00183-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:34 EDT 2024 | 4303-13 WHEELER RD SE LLC<br>4313 WHEELER RD SE #103<br>Washington, DC 20032-6041 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Antuan Bookens<br>4309 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6040 | Avaye Armstrong<br>4313 Wheeler Road, SE Unit 101<br>Washington, DC 20032-6041 |
| Brittany Hunt<br>4301 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6037 | Charlene Lindsey<br>4305 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6039 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Daeshana Anderson<br>4305 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6039 | Dasiah Gordon<br>4301 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6037 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 |
| Diana Gottschalk Miller<br>4301 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6037 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Ebonie Smith<br>4313 Wheeler Road, SE Unit 301<br>Washington, DC 20032-6025 |
| Finiya Johnson<br>4309 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6040 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacia Garris<br>4301 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6037 |
| Jasmine Sockwell<br>4305 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6039 | John Oldham<br>4305 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6039 | Kendria Sidbury<br>4313 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6025 |
| Kierra Bell<br>4301 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6037 | Kysha Rosario<br>4313 Wheeler Road, SE Unit 102<br>Washington, DC 20032-6041 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 |
| Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 | Nattonnia Ross<br>4309 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6040 | Paris Reese<br>4313 Wheeler Road, SE Unit 303<br>Washington, DC 20032-6025 |
| Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 | Ranita Jordan<br>4301 Wheeler Rd., SE Unit 102<br>Washington, DC 20032-6037 |

| | | |
|---|---|---|
| Regina February<br>4313 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6041 | Richelle Pearson<br>4313 Wheeler Road, SE Unit 103<br>Washington, DC 20032-6041 | Rodecia Mason<br>4309 Wheeler Road, SE Unit 104<br>Washington, DC 20032-6040 |
| Ronesha Jones<br>4313 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6025 | Shakira Bell<br>4313 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6041 | Shamona Anderson<br>4301 Wheeler Rd., SE Unit 101<br>Washington, DC 20032-6037 |
| Shanique Swan<br>4301 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6037 | Sherod Harvery<br>4305 Wheeler Road, SE Unit 302<br>Washington, DC 20032-6039 | TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 |
| Talanda Garrett<br>4305 Wheeler Road, SE Unit 204<br>Washington, DC 20032-6039 | Tevin Jackson<br>4313 Wheeler Road, SE Unit 203<br>Washington, DC 20032-6041 | Tiffany Hunt-Davis<br>4313 Wheeler Road, SE Unit 202<br>Washington, DC 20032-6041 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Vernon Jones<br>4305 Wheeler Road, SE Unit 201<br>Washington, DC 20032-6039 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients   45
Bypassed recipients    1
Total                 46

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00184-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:56:48 EDT 2024 | 4263 6TH ST SE APARTMENTS LLC<br>4263 6th St SE#103<br>Washington, DC 20032-3626 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Chanel Jackson<br>4263 6th Street, SE Unit 1<br>Washington, DC 20032-3626 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Patrick<br>4265 6th Street, SE Unit 2<br>Washington, DC 20032-3613 |
| Kris Kieh<br>4263 6th Street, SE Unit 2<br>Washington, DC 20032-3626 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Patrice Taylor<br>4265 6th Street, SE Unit 1<br>Washington, DC 20032-3613 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 |
| Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19

```
Label Matrix for local noticing          4935 NHB AVE NE LLC                      TD Bank, N.A.
0090-1                                   4935 Nannie Helen Burroughs Ave, NE#     c/o Michael D. Nord
Case 24-00185-ELG                        Washington, DC 20019-5400                Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                     One South Street
Washington, D.C.                                                                  Suite 2200
Sun Jun 23 20:57:02 EDT 2024                                                      Baltimore, MD 21202-3343

Washington, D.C.                         Alicia Hurst                             Allen Reeves
E. Barrett Prettyman U. S. Courthouse    4935 Nannie Helen Burroughs Ave, NE      4935 Nannie Helen Burroughs Ave, NE
333 Constitution Ave, NW #1225           Unit 2                                   Unit 6
Washington, DC 20001-2802                Washington, DC 20019-3676                Washington, DC 20019-5400


Ashleigh Palmer                          DC Office of Tax and Revenue             Department of Buildings
4935 Nannie Helen Burroughs Ave, NE      1101 4th St., SW #270                    1100 4th Street, SW
Unit 3                                   Washington, DC 20024-4457                Washington, DC 20024-4451
Washington, DC 20019-3677



Department of Consumer and Regulatory Af Dijonia Hines                            District of Columbia Water and Sewer Aut
1100 4th St SW                           4935 Nannie Helen Burroughs Ave, NE      1385 Canal Street, SE
Washington, DC 20024-4451                Unit 4                                   Washington, DC 20003-5015
                                         Washington, DC 20019-3678



Internal Revenue Service                 Latoia Harris                            Massey Property Investors LLC
PO Box 7346                              4935 Nannie Helen Burroughs Ave, NE      12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346              Unit 1                                   Bowie, MD 20720-4359
                                         Washington, DC 20019-3679



Pepco                                    Pro Painting & Remodeling Inc.           Rodger Otey
P.O. Box 13608                           15105 Jennings Ln.                       4935 Nannie Helen Burroughs Ave, NE
Philadelphia, PA 19101-3608              Bowie, MD 20721-7208                     Unit 5
                                                                                  Washington, DC 20019-3676



TD Bank, N.A.                            U. S. Trustee for Region Four            US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                   2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                         Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489



Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Maurice VerStandig                    End of Label Matrix
                                         Mailable recipients    21
                                         Bypassed recipients     1
                                         Total                  22
```

```
Label Matrix for local noticing            3968 MLK LLC                                  TD Bank, N.A.
0090-1                                     1613 17th PL SE#103                           c/o Michael D. Nord
Case 24-00186-ELG                          Washington, DC 20020-5514                     Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                            One South Street
Washington, D.C.                                                                         Suite 2200
Sun Jun 23 20:57:30 EDT 2024                                                             Baltimore, MD 21202-3343

Washington, D.C.                           Brittany Daniel                               DC Department of Health
E. Barrett Prettyman U. S. Courthouse      3968 Martin Luther King Jr. Avenue, SW        899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225             Unit 2                                        Washington, DC 20002-5686
Washington, DC 20001-2802                  Washington, DC 20032-1435


DC Office of Tax and Revenue               Department of Buildings                       District of Columbia Water and Sewer Aut
1101 4th St., SW #270                      1100 4th Street, SW                           1385 Canal Street, SE
Washington, DC 20024-4457                  Washington, DC 20024-4451                     Washington, DC 20003-5015



Internal Revenue Service                   JASMINE TAMAKLO                               Massey Property Investors LLC
PO Box 7346                                3968 Martin Luther King Jr. Ave, SW           12320 Quilt Patch Ln.
Philadelphia, PA 19101-7346                Unit 4                                        Bowie, MD 20720-4359
                                           Washington, DC 20032-1435



Michael D. Nord, Esq.                      Pepco                                         Precious Moore
Gebhardt & Smith LLP                       P.O. Box 13608                                3968 Martin Luther King Jr. Avenue, SW
One South Street Suite 2200                Philadelphia, PA 19101-3608                   Unit 3
Baltimore, MD 21202-3343                                                                 Washington, DC 20032-1435



Pro Painting & Remodeling Inc.             TD Bank, N.A.                                 Towanda Chew
15105 Jennings Ln.                         5900 N. Andrews Ave. Suite 200                3968 Martin Luther King Jr. Ave., SW
Bowie, MD 20721-7208                       Fort Lauderdale, FL 33309-2371                Unit B2
                                                                                         Washington, DC 20032-1435



U. S. Trustee for Region Four              US Realty LLC                                 Washington Gas and Light Company
U. S. Trustee's Office                     2300 N ST NW STE 300-RLK                      1000 Maine Ave SW 7th Floor
1725 Duke Street                           Washington, DC 20037-1122                     Washington, DC 20024-3496
Suite 650
Alexandria, VA 22314-3489




         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Maurice VerStandig                      End of Label Matrix
                                           Mailable recipients    20
                                           Bypassed recipients     1
                                           Total                  21
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00187-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Sun Jun 23 20:57:43 EDT 2024 | 4010 9TH ST SE LLC<br>4010 9th St SE #B3<br>Washington, DC 20032-6052 | TD Bank, N.A.<br>c/o Michael D. Nord<br>Gebhardt & Smith LLP<br>One South Street<br>Suite 2200<br>Baltimore, MD 21202-3343 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | Aunette Banks<br>4010 9th Street, SE Unit 201<br>Washington, DC 20032-6052 | DC Department of Health<br>899 North Capitol Street, NE 1st Floor<br>Washington, DC 20002-5686 |
| DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOV'T OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DC Office of Tax and Revenue<br>1101 4th St., SW #270<br>Washington, DC 20024-4457 |
| Delonya Boyd<br>4010 9th Street, SE Unit 101<br>Washington, DC 20032-6052 | Department of Buildings<br>1100 4th Street, SW<br>Washington, DC 20024-4451 | District of Columbia Water and Sewer Aut<br>1385 Canal Street, SE<br>Washington, DC 20003-5015 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John Amanor<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 | LAVIA CLARK<br>4010 9th Street, SE Unit 301<br>Washington, DC 20032-6052 |
| Lyrics Watkins<br>4010 9th Street, SE Unit 304<br>Washington, DC 20032-6052 | Massey Property Investors LLC<br>12320 Quilt Patch Ln.<br>Bowie, MD 20720-4359 | Michael D. Nord, Esq.<br>Gebhardt & Smith LLP<br>One South Street Suite 2200<br>Baltimore, MD 21202-3343 |
| Natasha Sprattley<br>4010 9th Street, SE Unit 104<br>Washington, DC 20032-6052 | Pepco<br>P.O. Box 13608<br>Philadelphia, PA 19101-3608 | Pro Painting & Remodeling Inc.<br>15105 Jennings Ln.<br>Bowie, MD 20721-7208 |
| Ronnell Dawson<br>4010 9th Street, SE Unit 102<br>Washington, DC 20032-6052 | Sharon Risper<br>4010 9th Street, SE Unit 202<br>Washington, DC 20032-6052 | TAKITA JOHNSON<br>4010 9th Street, SE Unit 203<br>Washington, DC 20032-6052 |
| TD Bank, N.A.<br>5900 N. Andrews Ave. Suite 200<br>Fort Lauderdale, FL 33309-2371 | Tracy Davis<br>4010 9th Street, SE Unit 303<br>Washington, DC 20032-6052 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |
| US Realty LLC<br>2300 N ST NW STE 300-RLK<br>Washington, DC 20037-1122 | Washington Gas and Light Company<br>1000 Maine Ave SW 7th Floor<br>Washington, DC 20024-3496 | William Reed<br>4010 9th Street, SE Unit 204<br>Washington, DC 20032-6052 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Maurice VerStandig | End of Label Matrix |
| | Mailable recipients    29 |
| | Bypassed recipients     1 |
| | Total                  30 |

```
Label Matrix for local noticing          2440 S ST SE LLC                        TD Bank, N.A.
0090-1                                   2440 S ST SE #B1                        c/o Michael D. Nord
Case 24-00188-ELG                        Washington, DC 20020-4554               Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                    One South Street
Washington, D.C.                                                                 Suite 2200
Sun Jun 23 20:57:56 EDT 2024                                                     Baltimore, MD 21202-3343

Washington, D.C.                         Charmayne Mcnair                        DC Department of Health
E. Barrett Prettyman U. S. Courthouse    2440 S St., SE Unit 7                   899 North Capitol Street, NE 1st Floor
333 Constitution Ave, NW #1225           Washington, DC 20020-4587               Washington, DC 20002-5686
Washington, DC 20001-2802


DC Office of Tax and Revenue             Demyria Myles                           Department of Buildings
1101 4th St., SW #270                    2440 S St., SE Unit 9                   1100 4th Street, SW
Washington, DC 20024-4457                Washington, DC 20020-4586               Washington, DC 20024-4451



District of Columbia Water and Sewer Aut Emonie Thompson                         Internal Revenue Service
1385 Canal Street, SE                    2440 S St., SE Unit 3                   PO Box 7346
Washington, DC 20003-5015                Washington, DC 20020-4586               Philadelphia, PA 19101-7346



Juanita Hall                             Kemesha Nelson                          Massey Property Investors LLC
2440 S St., SE Unit 11                   2440 S St., SE Unit 4                   12320 Quilt Patch Ln.
Washington, DC 20020-4586                Washington, DC 20020-4587               Bowie, MD 20720-4359



Michael D. Nord, Esq.                    Pepco                                   Pro Painting & Remodeling Inc.
Gebhardt & Smith LLP                     P.O. Box 13608                          15105 Jennings Ln.
One South Street Suite 2200              Philadelphia, PA 19101-3608             Bowie, MD 20721-7208
Baltimore, MD 21202-3343



Ronetta Higgins                          Sarina Washington                       Shanta A. Williams
2440 S St., SE Unit 6                    2440 S St., SE                          2440 S St., SE Unit 2
Washington, DC 20020-4587                Washington, DC 20020-4554               Washington, DC 20020-4586



Shevonne Edmunds                         Summer Arrington                        TD Bank, N.A.
2440 S St., SE Unit 5                    2440 S St., SE Unit 1                   5900 N. Andrews Ave. Suite 200
Washington, DC 20020-4587                Washington, DC 20020-4586               Fort Lauderdale, FL 33309-2371



Tiara Moses                              U. S. Trustee for Region Four           US Realty LLC
2440 S St., SE Unit 10                   U. S. Trustee's Office                  2300 N ST NW STE 300-RLK
Washington, DC 20020-4586                1725 Duke Street                        Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Washington Gas and Light Company
1000 Maine Ave SW 7th Floor
Washington, DC 20024-3496
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

```
Label Matrix for local noticing          4400 HUNT PL NE, LLC                    TD Bank, N.A.
0090-1                                   4400 HUNT PL NE #B1                     c/o Michael D. Nord
Case 24-00189-ELG                        Washington, DC 20019-3663               Gebhardt & Smith LLP
United States Bankruptcy Court for the Distri                                    One South Street
Washington, D.C.                                                                 Suite 2200
Sun Jun 23 20:58:10 EDT 2024                                                     Baltimore, MD 21202-3343

Washington, D.C.                         Alicea Boots                            Asia Taylor
E. Barrett Prettyman U. S. Courthouse    4400 Hunt Place, NE Unit 104            4400 Hunt Place, NE Unit 200
333 Constitution Ave, NW #1225           Washington, DC 20019-3603               Washington, DC 20019-3623
Washington, DC 20001-2802


DC GOV'T OFFICE OF TAX AND REVENUE       DC Office of Tax and Revenue            Delonta Richardson
P.O. BOX 37559                           1101 4th St., SW #270                   4400 Hunt Place, NE Unit 204
WASHINGTON DC 20013-7559                 Washington, DC 20024-4457               Washington, DC 20019-3629



District of Columbia Water and Sewer Aut Edward Taylor                           Efrem Perkins
1385 Canal Street, SE                    4400 Hunt Pl, NE Unit 102               4400 Hunt Place, NE Unit 300
Washington, DC 20003-5015                Washington, DC 20019-3603               Washington, DC 20019-3632



Internal Revenue Service                 Jamar Bush                              Janae Caesar
PO Box 7346                              4400 Hunt Place, NE Unit 203            4400 Hunt Place, NE Unit 303
Philadelphia, PA 19101-7346              Washington, DC 20019-3629               Washington, DC 20019-3632



Lisa Warren                              Massey Property Investors LLC           Michael D. Nord, Esq.
4400 Hunt Place, NE Unit 301             12320 Quilt Patch Ln.                   Gebhardt & Smith LLP
Washington, DC 20019-3632                Bowie, MD 20720-4359                    One South Street Suite 2200
                                                                                 Baltimore, MD 21202-3343


Pro Painting & Remodeling Inc.           Richard Fulton                          Sebrina Riggins
15105 Jennings Ln.                       4400 Hunt Place, NE Unit 302            400 Hunt Pl, NE Unit 101
Bowie, MD 20721-7208                     Washington, DC 20019-3632               Washington, DC 20019



TD Bank, N.A.                            U. S. Trustee for Region Four           US Realty LLC
5900 N. Andrews Ave. Suite 200           U. S. Trustee's Office                  2300 N ST NW STE 300-RLK
Fort Lauderdale, FL 33309-2371           1725 Duke Street                        Washington, DC 20037-1122
                                         Suite 650
                                         Alexandria, VA 22314-3489


Vanecia Walker
4400 Hunt Place, NE Unit 201
Washington, DC 20019-3623
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Maurice VerStandig

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25