### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>**3968 MLK LLC,**<br><br>     **Debtor.** | **Case No. 24-00186-ELG**<br><br>**Chapter 11** |

### NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Friday, June 28, 2024 at 10:00 a.m., **has been continued to Monday, July 22, 2024 at 9:30 a.m.,** will be conducted telephonically. **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

| | |
|---|---|
| Dated: June 28, 2024 | Gerard R. Vetter,<br>Acting United States Trustee, Region Four<br><br>By: */s/ Kristen S. Eustis*<br>Kristen S. Eustis, Trial Attorney<br>Federal Bar No. MD28984<br>Office of the United States Trustee<br>1725 Duke St., Suite 650<br>Alexandria, VA 22314<br>(703) 557-7227- Direct Dial<br>Kristen.S.Eustis@usdoj.gov |

**Certificate of Service**

      I hereby certify that on June 28, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

William C. Johnson, Jr. wcjjatty@yahoo.com, wcjjatty@yahoo.com; johnsonwr90391@notify.bestcase.com

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                          */s/ Robert W. Ours*
                                                          Robert W. Ours
                                                          Paralegal Specialist