**Emil Hirsch (D.C. Bar 0930479)**
**Carlton Fields, P.A.**
**1025 Thomas Jefferson Street NW**
**Suite 400 West**
**Washington, DC  20007-5208**
**Tel: (202) 724-8122**
**Email: EHirsch@carltonfields.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| 1416 EASTERN AVE NE LLC | ) Case No. 24-180-ELG |
| 945 LONGFELLOW ST NW LLC | ) Case No. 24-181-ELG |
| 2501 NAYLOR RD SE LLC | ) Case No. 24-182-ELG |
| 4303-13 WHEELER RD SE LLC | ) Case No. 24-183-ELG |
| 4263 6TH ST SE APARTMENTS LLC | ) Case No. 24-184-ELG |
| 4935 NHB AVE NE LLC | ) Case No. 24-185-ELG |
| 3968 MLK LLC | ) Case No. 24-186-ELG |
| 4010 9TH ST SE LLC | ) Case No. 24-187-ELG |
| 2440 S ST SE LLC | ) Case No. 24-188-ELG |
| 4400 HUNT PL NE LLC | ) Case No. 24-189-ELG |
| | **NOT JOINTLY ADMINISTERED** |
| **Debtors.** | |

### JOINDER OF THE DISTRICT OF COLUMBIA WATER & SEWER AUTHORITY TO UNITED STATES TRUSTEE'S MOTION TO DIRECT THE APPOINTMENT OF A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. 1104(a) OR, IN THE ALTERNATIVE, TO CONVERT CHAPTER 11 CASES

The District of Columbia Water & Sewer Authority joins in the Motion to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) Or, in the Alternative, to Convert Chapter 11 Cases filed by the United States Trustee "UST Motion". Specifically, the DC Water requests that this Court grant the Motion of the United States Trustee ("UST") to convert each one of these ten Chapter 11 bankruptcy cases to Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code"), or in

the alternative to authorize the UST to appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(a) of the Bankruptcy Code. In support thereof, the District states as follows:

## I. JURISDICTION

(1) This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334 and 11 U.S.C. § 1104 *et seq.* This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. PARTIES

(2) DC Water is sui juris authority of the District of Columbia. DC Water is a utility which has supplied and continues to supply utility services to each of the Debtors. As a result, it is a utility creditor in each of these Chapter 11 cases.

(3) Debtor in each of the ten properties listed in the caption is a limited liability company. Each of the ten voluntary petitions placing the properties under the protection of the United States Bankruptcy Court for the District of Columbia was signed by Ali Razjooyan.

## II. RELIEF REQUESTED

(4) By this Joinder, DC Water joins the UST Motion filed in each of the ten bankruptcy proceedings on the grounds set forth in the UST Motion.

### III. JOINDER AND BASIS FOR RELIEF

(5) DC Water joins the UST in seeking a motion to direct the appoint of a Chapter 11 Trustee in each of the ten Chapter 11 cases, or in the alternative to convert each of Debtor's Chapter 11 bankruptcy proceedings to Chapter 7 pursuant to Sections 1104 and 1112 of the Bankruptcy Code, 11 U.S.C. §§ 1104 and 1112, on the grounds that there is cause to find "fraud, dishonesty, incompetence and gross mismanagement" as exhibited by the testimony given by Mr. Razjooyan at the June 4, 2024, hearing.

(6) The UST Motion contains a litany of reasons to justify its granting. DC Water incorporates herein all of these reasons. In addition, not one of these Debtors, their representatives, including counsel, has contacted DC Water to offer adequate assurance for the continuation of utility service pursuant to 11 U.S.C. §366.

(7) Accordingly, this Court should convert these ten Chapter 11 cases, or in the alternative direct the United States Trustee to appoint a Chapter 11 trustee. These Debtors should not be permitted to enjoy the benefits of bankruptcy protection but avoid its obligations. Dismissal of these cases is not in the best interests of these Debtors' creditors or their estates.

(8) DC Water prefers that the Court converts each of these cases. Only as an alternative to conversion does DC Water seek the appointment of a Chapter 11 Trustee, DC Water contends that a conversion is in the best interests of the Creditors and the estates, as it constitutes a more efficient, economical and cost-effective way to administer these cases.

WHEREFORE, DC Water requests that these cases be converted to Chapter 7, or in the alternative directing the appointment of a Chapter 11 Trustee.

Date: July 9, 2024.

                Respectfully submitted,

                */s/Emil Hirsch*
                Emil Hirsch ((D.C. Bar 0930479)
                Carlton Fields, P.A.
                1025 Thomas Jefferson Street NW
                Suite 400 West
                Washington, DC  20007-5208
                Phone:  202-965-8100
                Facsimile:  202-965-8104
                Email:  ehirsch@carltonfields.com
                *Attorney for DC Water & Sewer Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2024, I caused a copy of the foregoing **District of Columbia Water & Sewer Authority's Joinder to the Office of United States Trustee's Motion to Direct the Appointment of Chapter 11 Trustee, or in the Alternative to Convert Chapter 11 Cases** to be filed and served electronically using the Court's ECF System.

                */s/ Emil Hirsch*
                EMIL HIRSCH D.C. Bar 0930479