The order below is hereby signed.

Signed: July 18 2024



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| | **Case No. 24-180-ELG** |
| **1416 EASTERN AVE NE LLC** | **Case No. 24-181-ELG** |
| **945 LONGFELLOW ST NW LLC** | **Case No. 24-182-ELG** |
| **2501 NAYLOR RD SE LLC** | **Case No. 24-183-ELG** |
| **4303-13 WHEELER RD SE LLC** | **Case No. 24-184-ELG** |
| **4263 6TH ST SE APARTMENTS LLC** | **Case No. 24-185-ELG** |
| **4935 NHB AVE NE LLC** | **Case No. 24-186-ELG** |
| **3968 MLK LLC** | **Case No. 24-187-ELG** |
| **4010 9TH ST SE LLC** | **Case No. 24-188-ELG** |
| **2440 S ST SE LLC** | **Case No. 24-189-ELG** |
| **4400 HUNT PL NE LLC** | |
| | **Chapter 11** |
| **Debtor.** | |
| | **(NOT JOINTLY ADMINISTERED)** |

## ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4

("U.S. Trustee") to Direct the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. §

1104(a) or, in the Alternative, to Convert Chapter 11 Cases ("Motion"), and for the reasons set

forth on the record at the July 18, 2024 hearing on this matter, it is, by the United States Bankruptcy

Court for the District of Columbia hereby

**ORDERED** that the Motion is **GRANTED**, as set forth herein, and it is further

**ORDERED**, that the United States Trustee is directed to appoint a Chapter 11 Trustee in

this case.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By:  */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

Nancy L. Alper nancy.alper@dc.gov

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael D. Nord mnord@gebsmith.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All parties on the creditor mailing matrix.


**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:                                                                                    Case No. 24-00186-ELG

3968 MLK LLC                                                                   Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                    Page 1 of 3
Date Rcvd: Jul 18, 2024                      Form ID: pdf001                          Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 3968 MLK LLC, 1613 17th PL SE#103, Washington, DC 20020-5514 |
| cr | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Office of the Attorney General for the District of, 400 6th Street, N.W., Washington, DC 20001 |
| cr | + | DC Water and Sewer Authority, 1385 Canal Street, Washington, DC 20003-5015 |
| cr | + | TD Bank, N.A., Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, MD 21202-3343 UNITED STATES 21202-3343 |
| 778489 | + | Brittany Daniel, 3968 Martin Luther King Jr. Avenue, SW, Unit 2, Washington, DC 20032-1435 |
| 778490 | + | DC Department of Health, 899 North Capitol Street, NE 1st Floor, Washington, DC 20002-5686 |
| 778492 | + | Department of Buildings, 1100 4th Street, SW, Washington, DC 20024-4451 |
| 778493 | + | District of Columbia Water and Sewer Aut, 1385 Canal Street, SE, Washington, DC 20003-5015 |
| 778495 | + | JASMINE TAMAKLO, 3968 Martin Luther King Jr. Ave, SW, Unit 4, Washington, DC 20032-1435 |
| 778497 | + | Michael D. Nord, Esq., Gebhardt & Smith LLP, One South Street Suite 2200, Baltimore, MD 21202-3343 |
| 778499 | + | Precious Moore, 3968 Martin Luther King Jr. Avenue, SW, Unit 3, Washington, DC 20032-1435 |
| 778500 | + | Pro Painting & Remodeling Inc., 15105 Jennings Ln., Bowie, MD 20721-7208 |
| 778501 | + | TD Bank, N.A., 5900 N. Andrews Ave. Suite 200, Fort Lauderdale, FL 33309-2371 |
| 778502 | + | Towanda Chew, 3968 Martin Luther King Jr. Ave., SW, Unit B2, Washington, DC 20032-1435 |
| 778503 | + | US Realty LLC, 2300 N ST NW STE 300-RLK, Washington, DC 20037-1122 |
| 778504 | + | Washington Gas and Light Company, 1000 Maine Ave SW 7th Floor, Washington, DC 20024-3496 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 18 2024 21:58:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 18 2024 21:55:26 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Jul 18 2024 21:55:35 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Jul 18 2024 21:58:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 18 2024 21:58:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 18 2024 21:58:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: pdf001 | Total Noticed: 25 |

| 778491 | + Email/Text: angela.coleman@dc.gov | | | |
|---|---|---|---|---|
| | | Jul 18 2024 21:58:00 | DC Office of Tax and Revenue, 1101 4th St., SW #270, Washington, DC 20024-4457 | |
| 778494 | Email/Text: sbse.cio.bnc.mail@irs.gov | | | |
| | | Jul 18 2024 21:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | |
| 778498 | + Email/Text: Bankruptcy_General@pepco.com | | | |
| | | Jul 18 2024 21:58:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 | |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| smg | *P++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189, address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 778496 | ##+ | Massey Property Investors LLC, 12320 Quilt Patch Ln., Bowie, MD 20720-4359 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth Drayden Peters | on behalf of Creditor TD Bank  N.A. epeters@gebsmith.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com ewhittington@carltonfields.com;wdcecf@cfdom.net;tcarroll@carltonfields.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael D. Nord | on behalf of Creditor TD Bank  N.A. mnord@gebsmith.com |
| Nancy L. Alper | on behalf of Creditor Office of the Attorney General for the District of Columbia nancy.alper@dc.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | |

on behalf of Debtor In Possession 3968 MLK LLC wcjjatty@yahoo.com
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com


TOTAL: 8