US Trustee Form 11 - Monthly Operating Report
3968 MLK LLC
Case No. 24-00186
Lead Case No. 24-00180

Period ending 11/30/2024

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 3968 MLK LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### NOVEMBER 2024

**Prepared for:**

Mark Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548   FAX - (240) 427-4699







# Mark Albert Chapter 11 Trustee
## 3968 MLK LLC
### November 2024 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of November 2024.

**Income:** During the month $5,679.00 was collected by Marc Albert - Trustee and deposited into the Marc Albert Trustee Axos bank account.

**Delinquent – Rent Income Fee: - $17,397.00.**
See attached aged Delinquency Report for the month of November 2024.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $25.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of November 30, 2024, the outstanding payables totaled $4,380.00. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $00.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of November 30, 2024, the account statement balance was $-93.99. The available and reconciled cash balance as of November 30, 2024, was $-93.99.

2. Owner's Account (Axos Bank) – As of November 30, 2024, the ledger balance was $5,679.00. The available and reconciled cash balance as November 30, 2024 was $5,679.00.

**3968 MLK LLC**
Deposit Register
**Deposit Date = 11/01/2024 - 11/30/2024**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(3968m3) - 1  11/19/2024** | | | | | | | |
| Moore,Precious | 3968 | 03 | t0008213 | 11-2024 | 11/19/2024 | 1,893.00 | EFT 11192024 01 |
| Tamaklo,Jasmine | 3968 | 04 | t0008214 | 11-2024 | 11/19/2024 | 1,893.00 | EFT 11192024 01 |
| **Total (3968m3) - 1  11/19/2024** | | | | | | **3,786.00** | |
| **(3968m3) - 2  11/19/2024** | | | | | | | |
| Daniels,Brittany | 3968 | 02 | t0008212 | 11-2024 | 11/19/2024 | 1,893.00 | EFT 11012024 03 |
| **Total (3968m3) - 2  11/19/2024** | | | | | | **1,893.00** | |
| **Grand Total** | | | | | | **5,679.00** | |

**3968 MLK LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending November 30, 2024**

|  | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
|  | **Rental Income** |  |  |
| 5121 | Housing Assist Payments | 5,679.00 | 5,679.00 |
|  | Total Rental Income | 5,679.00 | 5,679.00 |
|  | **Miscellaneous Income** |  |  |
|  | Total Miscellaneous Income | - | - |
|  | **TOTAL INCOME** | $ 5,679.00 | $ 5,679.00 |
|  | **EXPENSES** |  |  |
|  | **Administrative Expenses** |  |  |
| 6102 | Bank Fees | 25.00 | 75.00 |
|  | Total Administrative Expenses | 25.00 | 75.00 |
|  | **Utilities** |  |  |
|  | Total Utilities | - | - |
|  | **Operating & Maintenance Expense** |  |  |
|  | Total Operating & Maintenance Expense | - | - |
|  | **Insurance & Taxes** |  |  |
|  | Total Insurance & Taxes | - | - |
|  | **TOTAL OPERATING EXPENSE** | $ 25.00 | $ 75.00 |
|  | **NET OPERATING INCOME/(LOSS)** | $ 5,654.00 | $ 5,604.00 |
|  | **Financial Expenses** |  |  |
|  | Total Financial Expenses | - | - |
|  | **NET INCOME (LOSS)** | $ 5,654.00 | $ 5,604.00 |
|  | **Replacement Reserve Item Expense** |  |  |
|  | Total Replacement Reserve Item Expense | - | - |
|  | **Other Cash Flow Items** |  |  |
|  | Total Other Cash Flow Items | - | - |
|  | **TOTAL CASH FLOW** | $ 5,654.00 | $ 5,604.00 |

**3968 MLK LLC**
**General Ledger (Cash)**
Month = Nov 2024

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6102** | | | **Bank Fees** | | | | | **50.00** | **= Beginning Balance =** |
| 3968 | 11/30/2024 | 11-2024 | TD Bank (3103) | J-72188 | | 25.00 | 0.00 | 75.00 | 11/24 Bank Service Charge |
| | | | **Net Change=25.00** | | | **25.00** | **0.00** | **75.00** | **= Ending Balance =** |
| | **Grand Total** | | | | | **25.00** | **0.00** | | |

Page 4

**3968 MLK LLC**
**Trial Balance (Cash)**
Month = Nov 2024

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1010 | Operating Cash | (68.99) | 0.00 | 25.00 | (93.99) |
| 1016 | Owner's Account | 0.00 | 5,679.00 | 0.00 | 5,679.00 |
| 1060 | Account Rec. #2 | 18.99 | 0.00 | 0.00 | 18.99 |
| 3800 | Retained Earnings | 0.00 | 0.00 | 0.00 | 0.00 |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 5,679.00 | (5,679.00) |
| 6102 | Bank Fees | 50.00 | 25.00 | 0.00 | 75.00 |
| | **Grand Total** | **0.00** | **5,704.00** | **5,704.00** | **0.00** |

**3968 MLK LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Nov 2024**

| Account | Nov 2024 |
|---|---:|
| **ASSETS** | |
| **CURRENT CASH** | |
| Operating Cash | (93.99) |
| Owner's Account | 5,679.00 |
| **TOTAL CASH** | $ 5,585.01 |
| **CURRENT ASSETS** | |
| Account Rec. #2 | 18.99 |
| **TOTAL CURRENT ASSETS** | $ 18.99 |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 5,604.00** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| **TOTAL CURRENT LIABILITIES** | $ - |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 5,604.00 |
| **TOTAL OWNER'S EQUITY** | $ 5,604.00 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 5,604.00** |

**3968 MLK LLC**

**Residential Rent Roll**

**As of Date 11/30/2024**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 2 | 0 | t0008212 | Brittany Daniels | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 7/5/2022 | | | 3,966.00 |
| 03 | 2 | 0 | t0008213 | Precious Moore | 1,953.00 | 1,893.00 | 0.00 | 0.00 | 3/20/2022 | | | 3,786.00 |
| 04 | 2 | 0 | t0008214 | Jasmine Tamaklo | 1,953.00 | 1,893.00 | 0.00 | 0.00 | 12/1/2022 | | | 3,786.00 |
| B1 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B2 | 2 | 0 | t0008215 | Towanda Chew | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 5,859.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 7,692.00 | 0.00 | 0.00 | | | 17,397.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 7,812.00 | | | | 4 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 33.33% | |
| Totals: | 0 | 7,812.00 | 7,692.00 | 0.00 | 0 | 6 | 100.00% | 17,397.00 |

**Aging Summary**

3968 MLK LLC (3968)
Trans through: 11/24
Age As of: 11/30/2024

Page 7

| Unit | Resident Code/Status | Name | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Less Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **3968 - 3968 MLK LLC** | | | | | | | | | |
| 02 | t0008212 Current | Brittany Daniels | 3,966.00 | 60.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 3,966.00 |
| 03 | t0008213 Current | Precious Moore | 3,786.00 | 0.00 | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 3,786.00 |
| 04 | t0008214 Current | Jasmine Tamaklo | 3,786.00 | 0.00 | 1,893.00 | 1,893.00 | 0.00 | 0.00 | 3,786.00 |
| B2 | t0008215 Current | Towanda Chew | 5,859.00 | 1,953.00 | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 5,859.00 |
| **Total 3968 - 3968 MLK LLC** | | | **17,397.00** | **2,013.00** | **7,692.00** | **7,692.00** | **0.00** | **0.00** | **17,397.00** |
| **Grand Total** | | | **17,397.00** | **2,013.00** | **7,692.00** | **7,692.00** | **0.00** | **0.00** | **17,397.00** |

# 3968 MLK LLC
## Payable - Aging Summary
### Age as of =11/30/2024

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **3968 MLK LLC  - 3968** | | | | | |
| dktrash - D&K Trash Removal | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| jmartinex - Jack Martinez | 400.00 | 0.00 | 400.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 2,780.00 | 1,280.00 | 0.00 | 1,000.00 | 500.00 |
| **Total 3968 MLK LLC** | **4,380.00** | **2,480.00** | **400.00** | **1,000.00** | **500.00** |
| **Grand Total** | **4,380.00** | **2,480.00** | **400.00** | **1,000.00** | **500.00** |

# 3968 MLK LLC
## Payment Summary
**Payment Date = 11/01/2024 - 11/30/2024**

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| **Grand Total** | | | | | **0.00** | |

**3968 MLK Cash Receipts**

**Bank Reconciliation Report**
**11/30/2024**

▆▆▆▆3103

| | |
|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | **-93.99** |
| **Reconciled Bank Balance** | **-93.99** |
| | |
| **Balance per GL as of 11/30/2024** | **-93.99** |
| **Reconciled Balance Per G/L** | **-93.99** |
| | |
| **Difference**   (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**TD Bank**
America's Most Convenient Bank® 

E    STATEMENT OF ACCOUNT

3968 MLK LLC
MARC ALBERT CHAPTER 11 TRUSTEE
1775 PENNSYLVANIA AVENUE N.W. SUITE 800
WASHINGTON DC  20006

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2024-Nov 30 2024 |
| Cust Ref #: | 3103-717-E-*** |
| Primary Account #: | 3103 |

## TD Business Convenience Plus

3968 MLK LLC                                          Account # 3103
MARC ALBERT CHAPTER 11 TRUSTEE

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | -68.99 | Average Collected Balance | -68.99 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 25.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | -93.99 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $105.00 |

### DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | MAINTENANCE FEE | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | -68.99 | 11/29 | -93.99 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance: -93.99
❷ Total Deposits: +
❸ Sub Total:
❹ Total Withdrawals: -
❺ Adjusted Balance:

❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS

Total Deposits ❷

❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS

Total Withdrawals ❹

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**
**11/30/2024**

**XXXX 0596**

| | |
|---|---:|
| **Balance Per Bank Statement as of 11/30/2024** | **5,679.00** |
| **Reconciled Bank Balance** | **5,679.00** |
| | |
| **Balance per GL as of 11/30/2024** | **5,679.00** |
| **Reconciled Balance Per G/L** | **5,679.00** |
| | |
| **Difference**  (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 24-00186 | Trustee Name: | Marc E. Albert DC Ch 11 | |
| Case Name: | 3968 MLK LLC | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0596 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6075 | Blanket Bond (per case limit): | | |
| For Period Ending: | 12/17/2024 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, DC 20009 | Housing Assistance Payment<br>Precious Moore ($1,893.00)<br>Jasmine Tamakio ($1,893.00) | 0000-00 | $3,786.00 | | $3,786.00 |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, DC 20009 | Housing Assistance Payment<br>Brittany Daniels | 0000-00 | $1,893.00 | | $5,679.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, Dc 20009 | Housing Assistance Payment<br>HAP Payments<br>Precious Moore 12-1-2024<br>$1,893.00<br>Jasmine Tamaklo 12-1-2024<br>$1,893.00 | 0000-00 | $3,786.00 | | $9,465.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street NW<br>Washington, DC 20009 | Housing Assistance Payment<br>HAP Payment<br>Brittany Daniels 12-1-2024 | 0000-00 | $1,893.00 | | $11,358.00 |

| | | |
|---:|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---:|---:|---:|
| Page Subtotals: | $11,358.00 | $0.00 |

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0596 - Checking | $0.00 | $0.00 | $11,358.00 |
| | $0.00 | $0.00 | $11,358.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 12/17/2024

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:    $0.00    $0.00