US Trustee Form 11 - Monthly Operating Report
3968 MLK LLC
Case No. 24-00186
Lead Case No. 24-00180

Period ending 01/31/2025

Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 3968 MLK LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### JANUARY 2025

**Prepared for:**

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







# Marc Albert Chapter 11 Trustee
## 3968 MLK LLC
### January 2025 Monthly Operational Summary

---

Below is a summary of the property management activity during the month of January 2025.

**Income:** During the month $5,679.00 was collected by Marc Albert - Trustee and deposited into the Marc Albert Trustee Axos bank account.

**Delinquent – Rent Income Fee: - $12,198.00.**
See attached aged Delinquency Report for the month of January 2025.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $26.00 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of January 31, 2025, the outstanding payables totaled $6,066.20. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $26.00 (see attached check summary).

**Banking:**

1. Operating Account (TD Bank) – As of January 31, 2025, the account statement balance was $00.00. The available and reconciled cash balance as of January 31, 2025, was $00.00. Account Closed.

2. Disbursement Account (Axos Bank) – As of January 31, 2025, the ledger balance was $6,685.00. The available and reconciled cash balance as January 31, 2025 was $2,873.00.

3. Owner's Account (Axos Bank) – As of January 31, 2025, the ledger balance was $17,011.00. The available and reconciled cash balance as January 31, 2025 was $17,011.00.

### 3968 MLK LLC
### Deposit Register
### Deposit Date = 01/01/2025 - 01/31/2025

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **(3968m3) - 5  01/14/2025** | | | | | | | |
| Daniels,Brittany | 3968 | 02 | t0008212 | 01-2025 | 1/14/2025 | 1,893.00 | 2802 |
| **Total (3968m3) - 5  01/14/2025** | | | | | | **1,893.00** | |
| **(3968m3) - 6  01/14/2025** | | | | | | | |
| Moore,Precious | 3968 | 03 | t0008213 | 01-2025 | 1/14/2025 | 1,893.00 | 011425 |
| Tamaklo,Jasmine | 3968 | 04 | t0008214 | 01-2025 | 1/14/2025 | 1,893.00 | 011425 |
| **Total (3968m3) - 6  01/14/2025** | | | | | | **3,786.00** | |
| **Grand Total** | | | | | | **5,679.00** | |

**3968 MLK LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending January 31, 2025**

| | Account Description | MTD Actual | YTD Actual |
|---|---|---:|---:|
| | **Rental Income** | | |
| 5121 | Housing Assist Payments | 5,679.00 | 5,679.00 |
| | **Total Rental Income** | 5,679.00 | 5,679.00 |
| | **Miscellaneous Income** | | |
| | **Total Miscellaneous Income** | - | - |
| | **TOTAL INCOME** | $ 5,679.00 | $ 5,679.00 |
| | **EXPENSES** | | |
| | **Administrative Expenses** | | |
| | **Total Administrative Expenses** | - | - |
| | **Utilities** | | |
| | **Total Utilities** | - | - |
| | **Operating & Maintenance Expense** | | |
| | **Total Operating & Maintenance Expense** | - | - |
| | **Insurance & Taxes** | | |
| 6790 | Misc Taxes, Lic, Permits | 26.00 | 26.00 |
| | **Total Insurance & Taxes** | 26.00 | 26.00 |
| | **TOTAL OPERATING EXPENSE** | $ 26.00 | $ 26.00 |
| | **NET OPERATING INCOME/(LOSS)** | $ 5,653.00 | $ 5,653.00 |
| | **Financial Expenses** | | |
| | **Total Financial Expenses** | - | - |
| | **NET INCOME (LOSS)** | $ 5,653.00 | $ 5,653.00 |
| | **Replacement Reserve Item Expense** | | |
| | **Total Replacement Reserve Item Expense** | - | - |
| | **Other Cash Flow Items** | | |
| | **Total Other Cash Flow Items** | - | - |
| | **TOTAL CASH FLOW** | $ 5,653.00 | $ 5,653.00 |

**3968 MLK LLC**
**General Ledger (Cash)**
Month = Jan 2025

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| **6790** | | | **Misc Taxes, Lic, Permits** | | | | | **0.00 = Beginning Balance =** | |
| 3968 | 1/28/2025 | 01-2025 | International Sureties, Ltd. (intsur) | K-155876 | 2001 | 26.00 | 0.00 | 26.00 | Bond #612419722 Case No. 24-00186 Chapter 1 |
| | | | **Net Change=26.00** | | | **26.00** | **0.00** | **26.00 = Ending Balance =** | |
| | | | **Grand Total** | | | **26.00** | **0.00** | | |

Page 4

**3968 MLK LLC**
**Trial Balance (Cash)**
Month = Jan 2025

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---:|---:|---:|---:|
| 1016 | Owner's Account | 11,358.00 | 5,653.00 | 0.00 | 17,011.00 |
| 1038 | Operating Account - 2 | 2,873.00 | 0.00 | 0.00 | 2,873.00 |
| 1060 | Account Rec. #2 | 18.99 | 0.00 | 0.00 | 18.99 |
| 3800 | Retained Earnings | (14,249.99) | 0.00 | 0.00 | (14,249.99) |
| 5121 | Housing Assist Payments | 0.00 | 0.00 | 5,679.00 | (5,679.00) |
| 6790 | Misc Taxes, Lic, Permits | 0.00 | 26.00 | 0.00 | 26.00 |
| | **Grand Total** | **0.00** | **5,679.00** | **5,679.00** | **0.00** |

**3968 MLK LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Jan 2025**

| Account | Jan 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Owner's Account | 17,011.00 |
| Operating Account - 2 | 2,873.00 |
| **TOTAL CASH** | $ 19,884.00 |
| **CURRENT ASSETS** | |
| Account Rec. #2 | 18.99 |
| **TOTAL CURRENT ASSETS** | $ 18.99 |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $ - |
| **TOTAL ASSETS** | **$ 19,902.99** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| **TOTAL CURRENT LIABILITIES** | $ - |
| **LONG TERM LIABILITIES** | |
| TOTAL LIABILITIES | $ - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 19,902.99 |
| **TOTAL OWNER'S EQUITY** | $ 19,902.99 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$ 19,902.99** |

**3968 MLK LLC**
**Residential Rent Roll**
**As of Date 01/31/2025**

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 2 | 0 | t0008212 | Brittany Daniels | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 7/5/2022 | | | 2,193.00 |
| 03 | 2 | 0 | t0008213 | Precious Moore | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 3/20/2022 | | | 120.00 |
| 04 | 2 | 0 | t0008214 | Jasmine Tamaklo | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 12/1/2022 | | | 120.00 |
| B1 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B2 | 2 | 0 | t0008215 | Towanda Chew | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 9,765.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|---|---|---|---|---|---|---|---|---|
| Current/Notice Res. | | | 7,812.00 | 0.00 | 0.00 | | | 12,198.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 7,812.00 | | | | 4 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 33.33% | |
| Totals: | 0 | 7,812.00 | 7,812.00 | 0.00 | 0 | 6 | 100.00% | 12,198.00 |

**Aged Receivables Report**

Detail by Resident
Property:  3968 MLK LLC (3968)
Trans through :1/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|---:|
| **3968** | **- 3968 MLK LLC** | | | | | | | | |
| 02 | t0008212 | Brittany Daniels | 2,193.00 | 60.00 | 0.00 | 60.00 | 2,073.00 | 0.00 | 2,193.00 |
| 03 | t0008213 | Precious Moore | 120.00 | 60.00 | 0.00 | 60.00 | 0.00 | 0.00 | 120.00 |
| 04 | t0008214 | Jasmine Tamaklo | 120.00 | 60.00 | 0.00 | 60.00 | 0.00 | 0.00 | 120.00 |
| B2 | t0008215 | Towanda Chew | 9,765.00 | 1,953.00 | 0.00 | 1,953.00 | 5,859.00 | 0.00 | 9,765.00 |
| **Total 3968** | | | 12,198.00 | 2,133.00 | 0.00 | 2,133.00 | 7,932.00 | 0.00 | 12,198.00 |
| **Total** | | | 12,198.00 | 2,133.00 | 0.00 | 2,133.00 | 7,932.00 | 0.00 | 12,198.00 |

## 3968 MLK LLC
### Payable - Aging Summary
### Age as of =01/31/2025

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---:|---:|---:|---:|---:|
| **3968 MLK LLC  - 3968** | | | | | |
| dktrash - D&K Trash Removal | 1,600.00 | 1,600.00 | 0.00 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 580.00 | 580.00 | 0.00 | 0.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 2,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| wbwaste - WB Waste Solutions | 849.40 | 0.00 | 169.88 | 169.88 | 509.64 |
| whiteglove - White Glove Commercial Cleaning | 1,036.80 | 0.00 | 518.40 | 518.40 | 0.00 |
| **Total 3968 MLK LLC** | **6,066.20** | **2,180.00** | **1,688.28** | **1,688.28** | **509.64** |
| **Grand Total** | **6,066.20** | **2,180.00** | **1,688.28** | **1,688.28** | **509.64** |

# 3968 MLK LLC
## Payment Summary
### Payment Date = 01/01/2025 - 01/31/2025

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 3968m3 - Marc E Albert - Axos Bank | 2001 | intsur - International Sureties, Ltd. | 1/28/2025 | 01-2025 | 26.00 | 1/31/2025 |
| **Grand Total** | | | | | **26.00** | |

# 3968 MLK Cash Disbursements

## Bank Reconciliation Report
## 1/31/2025

████████2828

| | | | |
|---|---|---|---:|
| **Balance Per Bank Statement as of 1/31/2025** | | | **6,685.00** |
| **Outstanding Checks** | | | |
| Check Date | Check Number | Payee | Amount |
| 12/19/2024 | 104 | noble - Noble Realty Advisors LLC | 850.00 |
| 12/19/2024 | 105 | vision - Vision Realty Management, LLC | 462.00 |
| 12/19/2024 | 106 | noble - Noble Realty Advisors LLC | 2,500.00 |
| **Less:** | **Outstanding Checks** | | **3,812.00** |
| | **Reconciled Bank Balance** | | **2,873.00** |
| | | | |
| **Balance per GL as of 1/31/2025** | | | **2,873.00** |
| | **Reconciled Balance Per G/L** | | **2,873.00** |
| | | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | | **0.00** |



```
                                          Date  1/31/25           Page       1
                                          Primary Account              2828

   3968 MLK LLC
   3968 MLK LLC, Debtor Case
   No. 24-00186-ELG Chapter 11
   11000 BROKEN LAND PARKWAY STE. 410
   COLUMBIA MD 21044
```

```
Account Title:        3968 MLK LLC
                      3968 MLK LLC, Debtor Case
                      No. 24-00186-ELG Chapter 11

Commercial Checking                    Number of Enclosures                0
Account Number              2828       Statement Dates   1/01/25 thru  2/02/25
Previous Balance         6,685.00      Days in the statement period         33
     Deposits/Credits         .00      Avg Daily Ledger              6,685.00
     Checks/Debits            .00      Avg Daily Collected           6,685.00
Maintenance Fee               .00
Interest Paid                 .00
Ending Balance           6,685.00
```

**DAILY BALANCE INFORMATION**

| Date | Balance |
|------|---------|
| 1/01 | 6,685.00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

## What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)


MEMBER FDIC   EQUAL HOUSING LENDER

# Marc E Albert - Axos Bank

## Bank Reconciliation Report
## 1/31/2025

**XXXX 0596**

| | | |
|---|---|---:|
| **Balance Per Bank Statement as of 1/31/2025** | | 17,011.00 |
| | **Reconciled Bank Balance** | **17,011.00** |
| | | |
| **Balance per GL as of 1/31/2025** | | 17,011.00 |
| | **Reconciled Balance Per G/L** | **17,011.00** |
| | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 24-00186 | Trustee Name: | Marc E. Albert DC Ch 11 |
|---|---|---|---|
| Case Name: | 3968 MLK LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0596 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6075 | Blanket Bond (per case limit): | |
| For Period Ending: | 02/10/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, DC 20009 | Housing Assistance Payment<br>Precious Moore ($1,893.00)<br>Jasmine Tamakio ($1,893.00) | 0000-00 | $3,786.00 | | $3,786.00 |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, DC 20009 | Housing Assistance Payment<br>Brittany Daniels | 0000-00 | $1,893.00 | | $5,679.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street, NW<br>Washington, Dc 20009 | Housing Assistance Payment<br>HAP Payments<br>Precious Moore 12-1-2024<br>$1,893.00<br>Jasmine Tamaklo 12-1-2024<br>$1,893.00 | 0000-00 | $3,786.00 | | $9,465.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP<br>2901 14th Street NW<br>Washington, DC 20009 | Housing Assistance Payment<br>HAP Payment<br>Brittany Daniels 12-1-2024 | 0000-00 | $1,893.00 | | $11,358.00 |
| 01/14/25 | | Greater Washington Urban League Inc FRSP<br>2901 14th St NW<br>Washington, DC 20009 | Rent Payment<br>HAP Rental Payment - Brittany Daniels | 0000-00 | $1,893.00 | | $13,251.00 |
| 01/14/25 | | Greater Washington Urban league Inc FRSP<br>2901 14th St NW<br>Washington, DC 20009 | Rent Payment<br>HAP Rental Payment<br>Precious Moore - $1,893.00<br>Jasmine Tamaklo - $1,893.00 | 0000-00 | $3,786.00 | | $17,037.00 |
| 01/28/25 | 2001 | International Sureties, LTD<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond #612419722<br>Case No. 24-00186<br>Chapter 11 Bond re 3986 MLK, LLC | 0000-000 | | $26.00 | $17,011.00 |
| 02/06/25 | 2002 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 9002400186<br>Q4 US Trustee Fees re 3968 MLK LLC - 9002400186 | 0000-000 | | $250.00 | $16,761.00 |

| | | | COLUMN TOTALS | | $0.00 | $0.00 | |
| | | | Page Subtotals: | | $17,037.00 | $276.00 | |

|  | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0596 - Checking | $0.00 | $0.00 | $16,761.00 |
| | $0.00 | $0.00 | $16,761.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 02/10/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:    $0.00    $0.00