US Trustee Form 11 - Monthly Operating Report
3968 MLK LLC
Case No. 24-00186
Lead Case No. 24-00180


Period ending 03/31/2025


Explanations:

Part 2.b. Due to lack of prior financial records, the aged receivables are being tracked/calculated as of 9/1/2024.

Part 4.e. Expenses include payments made from the Trustee-held bank account for property operations.

# 3968 MLK LLC
## MONTHLY OPERATIONAL SUMMARY REPORT

### MARCH 2025

**Prepared for:**

Marc Albert
Chapter 11 Trustee
1416 Eastern Avenue NE LLC
Washington, DC

**Prepared by:**
Noble Realty Advisors
11000 Broken Land Parkway
Suite 410
Columbia, Maryland 21044

OFFICE - (240) 426-6548 FAX - (240) 427-4699







**Marc Albert Chapter 11 Trustee**
**3968 MLK LLC**
**March 2025 Monthly Operational Summary**

Below is a summary of the property management activity during the month of March 2025.

**Income:**  During the month $00.00 was collected by Marc Albert - Trustee and deposited into the Marc Albert Trustee Axos bank account.

**Delinquent – Rent Income Fee: - $20,010.00.**
See attached aged Delinquency Report for the month of March 2025.

**Vacancies – 2 Units**

**Expenses:**
Expenses that were incurred or booked during the month totaled $5,027.99 (See attached general ledger for detail by expense category and line item).

**Account Payable:**

As of March 31, 2025, the outstanding payables totaled $8,245.56. The age of the outstanding payables is as follows (see attached summary for vendor listing).

**Disbursement:**

Total disbursement from the operating account totaled $5,027.99 (see attached check summary).

**Banking:**

1. Disbursement Account (Axos Bank) – As of March 31, 2025, the bank statement balance was $49.88.  The available and reconciled cash balance as March 31, 2025 was $49.88.

2. Owner's Account (Axos Bank) – As of March 31, 2025, the ledger balance was $17,518.81.  The available and reconciled cash balance as March 31, 2025 was $17,518.81.

**3968 MLK LLC**
**Deposit Register**
**Deposit Date = 03/01/2025 - 03/31/2025**

| Name | Property | Unit | Tenant | Period | Deposit Date | Amount | Check # |
|------|----------|------|--------|--------|--------------|--------|---------|
| **Grand Total** | | | | | | **0.00** | |

**3968 MLK LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Rental Income** | | |
| 5121    Housing Assist Payments | - | 11,358.00 |
| | | |
| **Total Rental Income** | - | 11,358.00 |
| | | |
| **Miscellaneous Income** | | |
| | | |
| **Total Miscellaneous Income** | - | - |
| | | |
| **TOTAL INCOME** | $        - | $    11,358.00 |
| | | |
| **EXPENSES** | | |
| **Administrative Expenses** | | |
| 6320    Management Fee | - | 1,000.00 |
| 6390    Misc/Admin Expense | - | 250.00 |
| | | |
| **Total Administrative Expenses** | - | 1,250.00 |
| | | |
| **Utilities** | | |
| | | |
| **Total Utilities** | - | - |
| | | |
| **Operating & Maintenance Expense** | | |
| 6521    Janitor & Cleaning Contract | - | 1,036.80 |
| 6525    Garbage and Trash Removal | 2,300.00 | 2,979.52 |
| | | |
| **Total Operating & Maintenance Expense** | 2,300.00 | 4,016.32 |
| | | |
| **Insurance & Taxes** | | |
| 6710    Real Estate Taxes | 2,727.99 | 2,727.99 |
| 6720    Property & Liability Ins | - | 67.79 |
| 6790    Misc Taxes, Lic, Permits | - | 26.00 |
| | | |
| **Total Insurance & Taxes** | 2,727.99 | 2,821.78 |
| | | |
| **TOTAL OPERATING EXPENSE** | $    5,027.99 | $    8,088.10 |
| | | |
| **NET OPERATING INCOME/(LOSS)** | $    (5,027.99) | $    3,269.90 |
| | | |
| **Financial Expenses** | | |
| | | |
| **Total Financial Expenses** | - | - |
| | | |
| **NET INCOME (LOSS)** | $    (5,027.99) | $    3,269.90 |
| | | |
| **Replacement Reserve Item Expense** | | |
| | | |
| **Total Replacement Reserve Item Expense** | - | - |

**3968 MLK LLC**
**Income and Expense Statement**
**Books = Cash**
**For the period ending March 31, 2025**

| Account Description | MTD Actual | YTD Actual |
|---|---|---|
| **Other Cash Flow Items** | | |
| **Total Other Cash Flow Items** | - | - |
| **TOTAL CASH FLOW** | $ (5,027.99) | $ 3,269.90 |

**3968 MLK LLC**
**General Ledger (Cash)**
**Month = Mar 2025**

| Property | Date | Period | Description | Control | Reference | Debit | Credit | Balance | Remarks |
|----------|------|--------|-------------|---------|-----------|-------|--------|---------|---------|
| 6320 | | | Management Fee | | | | | 1,000.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 1,000.00 | = Ending Balance = |
| 6390 | | | Misc/Admin Expense | | | | | 250.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 250.00 | = Ending Balance = |
| 6521 | | | Janitor & Cleaning Contract | | | | | 1,036.80 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 1,036.80 | = Ending Balance = |
| 6525 | | | Garbage and Trash Removal | | | | | 679.52 | = Beginning Balance = |
| 3968 | 3/6/2025 | 03-2025 | D&K Trash Removal (dktrash) | K-156537 | 111 | 1,600.00 | 0.00 | 2,279.52 | Trash removal |
| 3968 | 3/6/2025 | 03-2025 | D&K Trash Removal (dktrash) | K-156537 | 111 | 700.00 | 0.00 | 2,979.52 | Trash and bulk trash removal |
| | | | Net Change=2,300.00 | | | | | 2,979.52 | = Ending Balance = |
| 6710 | | | Real Estate Taxes | | | | | 0.00 | = Beginning Balance = |
| 3968 | 3/26/2025 | 03-2025 | Office of Tax and Revenue DC Real Prop Tax (otr-rpt) | K-157542 | 2004 | 2,727.99 | 0.00 | 2,727.99 | Real Property Tax re 3968 MLK |
| | | | Net Change=2,727.99 | | | | | 2,727.99 | = Ending Balance = |
| 6720 | | | Property & Liability Ins | | | | | 67.79 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 67.79 | = Ending Balance = |
| 6790 | | | Misc Taxes, Lic, Permits | | | | | 26.00 | = Beginning Balance = |
| | | | Net Change=0.00 | | | | | 26.00 | = Ending Balance = |
| | | | **Grand Total** | | | 5,027.99 | 0.00 | | |

**3968 MLK LLC**
**Trial Balance (Cash)**
**Month = Mar 2025**

| Account Number | Account Title | Forward Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|
| 1016 | Owner's Account | 20,246.80 | 0.00 | 2,727.99 | 17,518.81 |
| 1020 | Cash-Surplus | (244.56) | 0.00 | 0.00 | (244.56) |
| 1038 | Operating Account - 2 | 2,349.88 | 0.00 | 2,300.00 | 49.88 |
| 1060 | Account Rec. #2 | 18.99 | 0.00 | 0.00 | 18.99 |
| 3800 | Retained Earnings | (14,073.22) | 0.00 | 0.00 | (14,073.22) |
| 5121 | Housing Assist Payments | (11,358.00) | 0.00 | 0.00 | (11,358.00) |
| 5991 | Owner Advance | 0.00 | 0.00 | 0.00 | 0.00 |
| 6320 | Management Fee | 1,000.00 | 0.00 | 0.00 | 1,000.00 |
| 6390 | Misc/Admin Expense | 250.00 | 0.00 | 0.00 | 250.00 |
| 6521 | Janitor & Cleaning Contract | 1,036.80 | 0.00 | 0.00 | 1,036.80 |
| 6525 | Garbage and Trash Removal | 679.52 | 2,300.00 | 0.00 | 2,979.52 |
| 6710 | Real Estate Taxes | 0.00 | 2,727.99 | 0.00 | 2,727.99 |
| 6720 | Property & Liability Ins | 67.79 | 0.00 | 0.00 | 67.79 |
| 6790 | Misc Taxes, Lic, Permits | 26.00 | 0.00 | 0.00 | 26.00 |
| | **Grand Total** | **0.00** | **5,027.99** | **5,027.99** | **0.00** |

**3968 MLK LLC**
**Balance Sheet**
**Books = Cash**
**For the Period Mar 2025**

| Account | Mar 2025 |
|---|---|
| **ASSETS** | |
| **CURRENT CASH** | |
| Owner's Account | 17,518.81 |
| Cash-Surplus | (244.56) |
| Operating Account - 2 | 49.88 |
| **TOTAL CASH** | $    17,324.13 |
| **CURRENT ASSETS** | |
| Account Rec. #2 | 18.99 |
| **TOTAL CURRENT ASSETS** | $    18.99 |
| **FIXED ASSETS** | |
| **Total Fixed Assets** | $    - |
| **TOTAL ASSETS** | **$    17,343.12** |
| **LIABILITIES & EQUITY** | |
| **CURRENT LIABILITIES** | |
| **TOTAL CURRENT LIABILITIES** | $    - |
| **LONG TERM LIABILITIES** | |
| **TOTAL LIABILITIES** | $    - |
| **OWNER'S EQUITY** | |
| Retained Earnings | 17,343.12 |
| **TOTAL OWNER'S EQUITY** | $    17,343.12 |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **$    17,343.12** |

**3968 MLK LLC (3968)**
**Residential Rent Roll**
As of Date 03/31/2025

| Unit | Unit type | Unit Sq Ft | Resident | Name | Market Rent | Amount | Resident Deposit | Other Deposit | Move In | Lease Exp | Move-Out | Balance |
|------|-----------|------------|----------|------|-------------|--------|------------------|---------------|---------|-----------|----------|---------|
| **Current/Notice Residents** | | | | | | | | | | | | |
| 01 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 02 | 2 | 0 | t0008212 | Brittany Daniels | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 7/5/2022 | | | 4,206.00 |
| 03 | 2 | 0 | t0008213 | Precious Moore | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 3/20/2022 | | | 2,133.00 |
| 04 | 2 | 0 | t0008214 | Jasmine Tamaklo | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 12/1/2022 | | | 2,133.00 |
| B1 | 2 | 0 | VACANT | VACANT | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| B2 | 2 | 0 | t0008215 | Towanda Chew | 1,953.00 | 1,953.00 | 0.00 | 0.00 | 9/1/2024 | | | 13,671.00 |

| | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposit | # of Units | Occupancy | Balance |
|--|----------------|-------------|---------------|------------------|---------------|------------|-----------|---------|
| Current/Notice Res. | | | 7,812.00 | 0.00 | 0.00 | | | 22,143.00 |
| Future Residents/Applicants | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0 | 7,812.00 | | | | 4 | 66.67% | |
| Vacant Units | 0 | 0.00 | | | | 2 | 33.33% | |
| Totals: | 0 | 7,812.00 | 7,812.00 | 0.00 | 0 | 6 | 100.00% | 22,143.00 |

**Aged Receivables Report**

Detail by Resident
Property: 3968 MLK LLC (3968)
Trans through :3/2025

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|---------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **3968** | **- 3968 MLK LLC** | | | | | | | | |
| 02 | t0008212 | Brittany Daniels | 4,206.00 | 1,953.00 | 60.00 | 60.00 | 2,133.00 | 0.00 | 4,206.00 |
| 04 | t0008214 | Jasmine Tamaklo | 2,133.00 | 1,953.00 | 60.00 | 60.00 | 60.00 | 0.00 | 2,133.00 |
| B2 | t0008215 | Towanda Chew | 13,671.00 | 1,953.00 | 1,953.00 | 1,953.00 | 7,812.00 | 0.00 | 13,671.00 |
| **Total 3968** | | | **20,010.00** | **5,859.00** | **2,073.00** | **2,073.00** | **10,005.00** | **0.00** | **20,010.00** |
| **Total** | | | **20,010.00** | **5,859.00** | **2,073.00** | **2,073.00** | **10,005.00** | **0.00** | **20,010.00** |

**3968 MLK LLC**
**Payable - Aging Summary**
**Age as of =03/31/2025**

| Property Code - Name<br>Vendor Code - Name | Current<br>Owed | 0 - 30<br>Owed | 31 - 60<br>Owed | 61 - 90<br>Owed | Over 90<br>Owed |
|---|---|---|---|---|---|
| **3968 MLK LLC  - 3968** | | | | | |
| 4400 - 4400 Hunt Place NE LLC | 135.58 | 67.79 | 67.79 | 0.00 | 0.00 |
| dktrash - D&K Trash Removal | 1,400.00 | 800.00 | 600.00 | 0.00 | 0.00 |
| erlock - Ernie's Lock Company | 279.95 | 0.00 | 279.95 | 0.00 | 0.00 |
| joma - JOMA Lawn Care & Tree Experts | 1,195.00 | 0.00 | 615.00 | 580.00 | 0.00 |
| noble - Noble Realty Advisors LLC | 3,509.95 | 0.00 | 2,194.48 | 1,315.47 | 0.00 |
| wbwaste - WB Waste Solutions | 169.88 | 0.00 | 0.00 | 169.88 | 0.00 |
| whiteglove - White Glove Commercial Cleaning | 1,555.20 | 0.00 | 1,036.80 | 0.00 | 518.40 |
| **Total 3968 MLK LLC** | **8,245.56** | **867.79** | **4,794.02** | **2,065.35** | **518.40** |
| **Grand Total** | **8,245.56** | **867.79** | **4,794.02** | **2,065.35** | **518.40** |

### 3968 MLK LLC
### Payment Summary
### Payment Date = 03/01/2025 - 03/31/2025

| Bank | Check# | Vendor | Check Date | Post Month | Total Amount | Date Reconciled |
|---|---|---|---|---|---|---|
| 3968m2 - 3968 MLK Cash Disbursements | 111 | dktrash - D&K Trash Removal | 3/6/2025 | 03-2025 | 2,300.00 | 3/31/2025 |
| 3968m3 - Marc E Albert - Axos Bank | 2004 | otr-rpt - Office of Tax and Revenue DC Real Prop Tax | 3/26/2025 | 03-2025 | 2,727.99 | |
| **Grand Total** | | | | | **5,027.99** | |

**3968 MLK Cash Disbursements**

**Bank Reconciliation Report**

**3/31/2025**

███████2828

| | |
|---|---:|
| **Balance Per Bank Statement as of 3/31/2025** | 49.88 |
| **Reconciled Bank Balance** | 49.88 |
| | |
| **Balance per GL as of 3/31/2025** | 49.88 |
| **Reconciled Balance Per G/L** | 49.88 |
| | |
| **Difference**  (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |



Date  3/31/25           Page       1
Primary Account        ████2828

3968 MLK LLC
3968 MLK LLC, Debtor Case
No. 24-00186-ELG Chapter 11
11000 BROKEN LAND PARKWAY STE. 410
COLUMBIA MD 21044

Account Title:          3968 MLK LLC
                        3968 MLK LLC, Debtor Case
                        No. 24-00186-ELG Chapter 11

| Commercial Checking | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | ████2828 | Statement Dates  3/03/25 thru  3/31/25 | |
| Previous Balance | 156.68 | Days in the statement period | 29 |
| 1 Deposits/Credits | 2,193.20 | Avg Daily Ledger | 453.79 |
| 1 Checks/Debits | 2,300.00 | Avg Daily Collected | 453.79 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 49.88 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/05 | MyDeposit | 2,193.20 |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount |
|---|---|---|
| 3/10 | 111 | 2,300.00 |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 156.68 | 3/05 | 2,349.88 | 3/10 | 49.88 |



Date   3/31/25          Page      2
Primary Account        ████2828

Commercial  Checking          ████2828   (Continued)

*** END OF STATEMENT ***

**3968 MLK LLC, Debtor**
Case No. 24-00186-ELG
Chapter 11
7100 Broken Land Parkway Suite 410
Columbia, Maryland 21044

111

Axos Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122
122287251

**** TWO THOUSAND THREE HUNDRED AND 00/100 DOLLARS

03/06/2025        $2,300.00***

TO THE
ORDER OF

D&K Trash Removal
7529 Zoe Lane
Laurel, MD    20723

NOBLE
REALTY ADVISORS, INC.

VOID AFTER 90 DAYS

⑈000111⑈ ⑆122287251⑆ 28 28⑈

Check  111    Date: 03/10    Amount: $2,300.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**Marc E Albert - Axos Bank**

**Bank Reconciliation Report**

**3/31/2025**

**XXXX 0596**

| | |
|---|---:|
| **Balance Per Bank Statement as of 3/31/2025** | **17,518.81** |
| **Reconciled Bank Balance** | **17,518.81** |
| | |
| **Balance per GL as of 3/31/2025** | **17,518.81** |
| **Reconciled Balance Per G/L** | **17,518.81** |
| | |
| **Difference**    (Reconciled Bank Balance And Reconciled Balance Per G/L) | **0.00** |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 24-00186  
Case Name: 3968 MLK LLC

Trustee Name: Marc E. Albert DC Ch 11  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0596  
Checking

Taxpayer ID No: XX-XXX6075  
For Period Ending: 04/14/2025

Blanket Bond (per case limit):  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP 2901 14th Street, NW Washington, DC 20009 | Housing Assistance Payment Precious Moore ($1,893.00) Jasmine Tamakio ($1,893.00) | | $3,786.00 | | $3,786.00 |
| 11/19/24 | | Greater Washington Urban League Inc. FRSP 2901 14th Street, NW Washington, DC 20009 | Housing Assistance Payment Brittany Daniels | | $1,893.00 | | $5,679.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP 2901 14th Street, NW Washington, Dc 20009 | Housing Assistance Payment HAP Payments Precious Moore 12-1-2024 $1,893.00 Jasmine Tamaklo 12-1-2024 $1,893.00 | | $3,786.00 | | $9,465.00 |
| 12/10/24 | | Greater Washington Urban League Inc. FRSP 2901 14th Street NW Washington, DC 20009 | Housing Assistance Payment HAP Payment Brittany Daniels 12-1-2024 | | $1,893.00 | | $11,358.00 |
| 01/14/25 | | Greater Washington Urban League Inc FRSP 2901 14th St NW Washington, DC 20009 | Rent Payment HAP Rental Payment - Brittany Daniels | | $1,893.00 | | $13,251.00 |
| 01/14/25 | | Greater Washington Urban league Inc FRSP 2901 14th St NW Washington, DC 20009 | Rent Payment HAP Rental Payment Precious Moore - $1,893.00 Jasmine Tamaklo - $1,893.00 | | $3,786.00 | | $17,037.00 |
| 01/28/25 | 2001 | International Sureties, LTD 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond #612419722 Case No. 24-00186 Chapter 11 Bond re 3986 MLK, LLC | 0000-000 | | $26.00 | $17,011.00 |
| 02/06/25 | 2002 | United States Trustee United States Trustee Payment Center P.O. Box 6200-19 Portland, OR 97228-6200 | Account No. 9002400186 Q4 US Trustee Fees re 3968 MLK LLC - 9002400186 | 0000-000 | | $250.00 | $16,761.00 |

Page Subtotals: $17,037.00   $276.00

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 24-00186

Case Name: 3968 MLK LLC

Trustee Name: Marc E. Albert DC Ch 11

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0596

Checking

Taxpayer ID No: XX-XXX6075

For Period Ending: 04/14/2025

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/25 | | Grreatr Washington Urban League Inc. FRSP 2901 14th St. NW Washington, DC 20009 | Rent Payment HAP rental payment on behalf of Brittany Daniels | | $1,893.00 | | $18,654.00 |
| 02/11/25 | | Greater Washington Urban League Inc. FRSP 2901 14th St. NW Washington, DC 20009 | Rent Payment HAP rental payment on behalf of: Precious Moore - $1,893.00 Jasmine Tamaklo - $1,893.00 | | $3,786.00 | | $22,440.00 |
| 02/19/25 | 2003 | 3968 MLK LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $2,193.20 | $20,246.80 |
| 03/26/25 | 2004 | DC Treasurer Office of Tax and Revenue DC Government Real Property Taxes PO Box 718095 Philadelphia, PA 19171-8095 | SQL 6150-0002 Real Property Tax re 3968 MLK LLC | 0000-000 | | $2,727.99 | $17,518.81 |
| 04/09/25 | 2005 | 3968 MLK LLC c/o Noble Realty Advisors, LLC 11000 Broken Land Parkway, Ste 410 Columbia, MD 21044 | Funding to Property Management for Operational Costs | 0000-000 | | $8,060.10 | $9,458.71 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $5,679.00   $12,981.29

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0596 - Checking | $0.00 | $0.00 | $9,458.71 |
|  | $0.00 | $0.00 | $9,458.71 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ Marc E. Albert DC Ch 11    Date: 04/14/2025

Marc E. Albert DC Ch 11
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

Page Subtotals:                    $0.00            $0.00